# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALLAN JAHN,

    Petitioner,

v.                                                  Case No. 11-12091

DEBRA SCUTT,

    Respondent.

_____/

## ORDER SETTING DEADLINE FOR PETITIONER TO
## SUBMIT AN AMENDED HABEAS CORPUS PETITION

The court is now preparing to rule on the pending petition and notes that on November 19, 2012, the court granted Petitioner leave to amend his habeas corpus petition to add a statement of facts. No such statement has yet been submitted. The court noted in its November 19, 2012 order that "Respondent has already addressed the argument raised in Petitioner's amended brief," and the court is doubtful that an additional statement now by Petitioner is necessary to the court's analysis. The court will, nonetheless, allow such an amended statement to be presented, on a deadline basis, should Petitioner remain interested in doing so. Accordingly,

IT IS ORDERED Petitioner may amend his habeas corpus petition to include a statement of facts, which shall not exceed ten (10) additional pages, double-spaced, and which shall be filed, if at all, not later than **March 5, 2013**.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: February 19, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 19, 2013, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522