UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLAN JAHN,

    Petitioner,

v.                                                           Case No. 11-12091

DEBRA SCUTT,

    Respondent.
                                                         /

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability" dated March 18, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Debra Scutt. Dated at Detroit, Michigan, this 18th day of March 2013.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                s/ Lisa Wagner
                                         By:  Lisa Wagner, Case Manager
                                             to Judge Robert H. Cleland